**STATE of Missouri, Respondent,**

v.

**Carlos HOOKS, Appellant.**

**No. ED 76721.**

Missouri Court of Appeals,
Eastern District,
Division Two.

Aug. 15, 2000.

Mary S. Choi, Asst. Public Defender, St. Louis, for appellant.

Jeremiah. W. (Jay) Nixon, Atty. Gen., Gregory L. Barnes, Asst. Atty. Gen., Jefferson City, for respondent.

Before CLIFFORD H. AHRENS, P.J., WILLIAM H. CRANDALL, Jr., J., and JAMES R. DOWD, J.

**ORDER**

PER CURIAM.

Defendant, Carlos Hooks, appeals his conviction, after jury trial, of possession of a controlled substance. The trial court sentenced defendant to seven years imprisonment, suspended execution of sentence and placed defendant on probation for two years.

We have reviewed the record on appeal. An extended opinion would serve no jurisprudential purpose. We affirm. Rule 30.25(b).